The Supreme Court of Ohio has issued orders imposing sanctions upon twenty-five attorneys for noncompliance with the requirements of Gov.Bar R. X, Attorney Continuing Legal Education. The text of the entries imposing the sanctions is reproduced below. These are followed by lists of the attorneys who were sanctioned. The lists include each attorney's Attorney Registration Number; the county and state of residence and the county and state of the attorney's employer, as last registered with the Office of Attorney Registration; and the amount of the sanction fee imposed by the Supreme Court.

In re Report of the Commission      :       1999 TERM
on Continuing Legal Education.      :

[Name of Attorney]
( # [Attorney Registration No.] ),
Respondent.                   ORDER
[Filed June 25, 1999]

This matter originated in this Court on the filing of a report by the Commission on Continuing Legal Education (the "Commission") pursuant to Gov.Bar R. X, Sec. 6, Div. (A)(1)(b) and Div. (A)(2)(d). The Commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1996–1997 reporting period.

On November 18, 1998, pursuant to Gov.Bar R. X, Sec. 6, Div. (B)(1), this Court issued to the respondent an order to show cause why the Commission's recommendation should not be adopted and

an order so entered against the respondent. Respondent filed objections to the Commission's recommendation, the Commission filed an answer brief, and this cause was considered by the Court. Upon consideration thereof,

IT IS ORDERED by the Court, *sua sponte*, that respondent shall pay to the Commission on Continuing Legal Education, within 30 days of the date of this order, by certified check, bank check or money order, a sanction fee which is hereby imposed in the total amount of $[ ].

IT IS FURTHER ORDERED that the Clerk of the Court shall record the respondent's status on the roll of attorneys as "NOT IN GOOD STANDING" until such time as the respondent has complied with this Order but that this Order shall not be considered a disciplinary order pursuant to Gov.Bar R. V or Gov.Bar R. X, Sec. 6, Div. H.

IT IS FURTHER ORDERED that the Commission shall notify the Clerk of the Court when payment of the imposed sanction has been made by respondent.

IT IS FURTHER ORDERED that, payment of the sanction notwithstanding, respondent shall comply with the requirements imposed by Gov.Bar R. X for the 1996–1997 reporting period. See CLE Reg. 503.04.

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Cynthia Ann McGreevy | 0040976 | | VA | | | $660.00 |
| Susan Leslie Barney | 0024158 | Cuyahoga | OH | | | $60.00 |
| Philip Patrick Paul Doherty | 0007972 | Franklin | OH | | | $150.00 |
| Melissa Marie Shilling | 0063288 | Licking | OH | | | $150.00 |
| John Henry Davis | 0038172 | Summit | OH | | | $750.00 |
| Fred David Gray | 0018502 | | AL | | AL | $65.00 |
| Carey Robert Butsavage | 0031756 | | MD | | DC | $250.00 |
| Jeffrey Thomas Brown | 0026608 | | IL | | IL | $600.00 |
| William Theodore Knoebber III | 0014061 | | KY | | KY | $500.00 |
| John Peter Antony | 0043520 | | KY | | KY | $600.00 |
| David Patrick Kilian | 0021942 | | MI | | MI | $750.00 |
| Ronald Lee Galluzzo | 0024427 | Clark | OH | Clark | OH | $150.00 |
| Gordon Samuel Friedman | 0021946 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Bruce Paul Bogart | 0023377 | Cuyahoga | OH | Cuyahoga | OH | $540.00 |
| Dea Lynn Character | 0042158 | Cuyahoga | OH | Cuyahoga | OH | $220.00 |
| Thomas Kozel | 0046889 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Teresa Ann Earley | 0040880 | Franklin | OH | Franklin | OH | $720.00 |
| Paige Arlene Martin | 0009750 | Noble | OH | Franklin | OH | $270.00 |
| John Edward Foxx | 0024027 | Lake | OH | Lake | OH | $250.00 |
| David Henry Kennett | 0019469 | Montgomery | OH | Montgomery | OH | $550.00 |
| Duane Lynn Doyle | 0034042 | Cuyahoga | OH | Summit | OH | $290.00 |
| Clyde Lynn Conn | 0005353 | Summit | OH | Summit | OH | $100.00 |
| Anthony J. Haueisen | 0055649 | Summit | OH | Summit | OH | $150.00 |
| Elmer Morton Goldman | 0026940 | Warren | OH | Warren | OH | $240.00 |

In re Report of the Commission :   1999 TERM
on Continuing Legal Education. :

[Name of Attorney]
( # [Attorney Registration No.] ),
Respondent.          ORDER
              [Filed June 25, 1999]

This matter originated in this Court on the filing of a report by the Commission on Continuing Legal Education (the "Commission") pursuant to Gov.Bar R. X, Sec. 6, Div. (A)(1)(b) and Div. (A)(2)(d). The Commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1996–1997 reporting period.

On November 18, 1998, pursuant to Gov.Bar R. X, Sec. 6, Div. (B)(1), this Court issued to the respondent an order to show cause why the Commission's recommendation should not be adopted and

an order so entered against the respondent. Respondent filed no objections to the Commission's recommendation, the Commission filed a brief, and this cause was considered by the Court. Upon consideration thereof,

IT IS ORDERED by the Court, *sua sponte,* that respondent shall pay to the Commission on Continuing Legal Education, within 30 days of the date of this order, by certified check, bank check or money order, a sanction fee which is hereby imposed in the total amount of $[     ].

IT IS FURTHER ORDERED that the Clerk of the Court shall record the respondent's status on the roll of attorneys as "NOT IN GOOD STANDING" until such time as the respondent has complied with this Order but that this Order shall not be considered a disciplinary order pursuant to Gov.Bar R. V or Gov.Bar R. X, Sec. 6, Div. H.

IT IS FURTHER ORDERED that the Commission shall notify the Clerk of the Court when payment of the imposed sanction has been made by respondent.

IT IS FURTHER ORDERED that, payment of the sanction notwithstanding, respondent shall comply with the requirements imposed by Gov.Bar R. X for the 1996–1997 reporting period. See CLE Reg. 503.04.

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Karin Lalendorf Veatch | 0064211 | | IN | | IN | $250.00 |